UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.

R.D. JONES, STOP EXPERTS, INC., and
RRFB GLOBAL, INC.,

Plaintiffs,

v.

JURY TRIAL DEMANDED

TRAFFIC & PARKING CONTROL CO.
INC., a/k/a TAPCO

Defendant.

---

**COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES AND DEMAND FOR JURY TRIAL**

Plaintiffs, R.D. JONES, STOP EXPERTS, INC. and RRFB GLOBAL, INC., by their undersigned counsel, hereby sues the Defendant, TRAFFIC & PARKING CONTROL CO., INC. a/k/a TAPCO and allege as follows:

**PARTIES, JURISDICTION AND VENUE**

1. This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 271, et seq., to enjoin and obtain damages resulting from Defendant's unauthorized manufacture, use, offer to sell and sale in the United States of Rapid Rectangular Flashing Beacons (RRFB's) in violation of Plaintiffs' rights under U.S. Patent Nos. 8,081,087 and 9,129,540.

2. Plaintiff, R.D. JONES, STOP EXPERTS, INC. ("STOP EXPERTS") is a corporation organized and existing under the laws of the state of Florida and having a principal place of business at 225 Center Court, Venice, Sarasota County, Florida.

3. Plaintiff, RRFB GLOBAL, INC. ("RRFB GLOBAL"), is a corporation organized and existing under the laws of the state of Florida, and having a principal place of business at 225 Center Court, Venice, Sarasota County, Florida.

4. Defendant, Traffic & Parking Control Co., Inc., (TAPCO) is, on information and belief, a Wisconsin Corporation, having a principal place of business at 5100 West Brown Deer Road, Brown Deer, WI 53223. Defendant TAPCO is registered to do business within the state of Florida and does business within the state of Florida including, without limitation, in Venice, Sarasota County, Florida and in Longboat Key, Sarasota County, Florida.

5. This Court has exclusive subject matter jurisdiction pursuant to 28 U.S.C. §§ 1338(a).

6. This Court has personal jurisdiction over the Defendant pursuant to §§48.193(1) and/or 48.193(2), Fla. Stat. in that:

a. Defendant continuously and systematically engaged in business in the state of Florida;

b. Defendant, through their sales and installation and servicing of their infringing Rectangular Rapid Flashing Beacon ("RRFB") systems, engaged in substantial and not isolated activities within the State of Florida;

c. Defendant advertised their products for sale in state of Florida;

d. Defendant sold their products to Florida customers and governmental agencies;

e. Defendant engaged in a general course of business activity in the state of Florida for their own pecuniary benefit; and

f. Defendant is registered to do business in the state of Florida.

7. Venue is proper in this judicial district and division pursuant to 28 U.S.C. § 1391(b) and 28 U.S.C. § 1400(b) because (1) the acts complained of occurred within this judicial district and division; and (2) Defendant has committed acts of infringement within and resides within this judicial district and division.

## FACTS COMMON TO AND APPLICABLE TO ALL COUNTS

8. The Federal Government, through the Federal Highway Administration (FHWA), an agency of the United States Department of Transportation, promulgated rules for the use of flashing lights (sometimes referred to as flashing beacons) and these rules are published in the Manual on Uniform Traffic Control Devices, known by the acronym MUTCD.

9. On information and belief, the first MUTCD that mentions flashing beacons was the 1948 edition. The 1948 Edition, Part III, Signals, Section 278, states:

> a. Flashing Beacon – A flashing beacon is a section of a standard traffic signal head or a similar type device having a yellow or red lens in each face, which is illuminated by rapidly intermittent flashes.
>
> b. Flashing signal – A flashing signal is a standard highway traffic signal in which the yellow or red lens in each face is illuminated by rapidly intermittent flashes.
>
> c. Flashing beacons and signals perform a very useful function at locations where traffic or physical conditions do not justify a conventional type of Stop-and-Go installation. At other special points of hazard, experience has indicated that the flashing beacon or signal is the only device sufficiently conspicuous to identify the hazard to the motorist.

10. The 1961 MUTCD Edition, Part III, Signals, Sections 3G-1 through 3G-7, states: "The illuminating element in a flashing yellow (caution) or flashing red (stop) beacon shall be flashed at a rate of not less than 50 nor more than 60 times per minute. The illuminated period of each flash shall be not less than half nor more than two-thirds of the total cycle."

11. The 2003 Edition of the MUTCD, Chapter 4K contained the language "Beacons shall be flashed at a rate of not less than 50 nor more than 60 times per minute. The illuminated period of each flash shall not be less than one-half and not more than two-thirds of the total cycle." Chapter 4K of the 2003 Edition of the MUTCD also indicated that if Warning Beacons have more than one signal section, they may be flashed either alternately or simultaneously.

12. Prior to the system and method described and claimed in the patents that are involved in this civil action, studies of flashing beacons at pedestrian crosswalks indicated a range of 18% to 25% driver compliance depending upon the specific location of the crosswalk.

13. In order to test a flashing beacon system that differs from the requirements of the MUTCD, it is necessary to obtain a Federal permit to conduct the testing.

14. In connection with the testing of the system and method described and claimed in the patents that are involved in this civil action, the FHWA granted Experimental Permit PTE No. 4-305(E).

15. The testing of the system and method described and claimed in the patents that are involved in this civil action were undertaken by Plaintiffs in the City of St. Petersburg, state of Florida, and the testing and result of the testing are referred to as the "St. Petersburg study".

16. The City of St. Petersburg conducted tests of the system and method described and claimed in the patents that are involved in this civil action at 18 marked crosswalks.

17. In response to federal skepticism at the favorable test results of the of the system and method described and claimed in the patents that are involved in this civil action, the City of St. Petersburg extended the experiments for two years at some locations.

18. The remarkable results of the system and method described and claimed in the patents that are involved in this civil action according to the St. Petersburg study was an increase

from an average baseline driver compliance of 18 to 25% (depending upon location) to an average sustained compliance above 80% (and as high as 93% at some crosswalks).

19. The City of St. Petersburg and the Florida Department of Transportation then sought Federal approval to use the system and method described and claimed in the patents that are involved in this civil action beyond the experimental stage.

20. On July 16, 2008, the United States Federal Highway Administration issued an Interim Approval (IA-11) to the MUTCD for Rectangular Rapid Flashing Beacons, (RRFB's) based on the results of the testing of the system and method described and claimed in the patents that are involved in this civil action as reported by the City of St. Petersburg.

21. On or about August 3, 2010, the FHWA issued MUTCD- FHWA-DOT Interpretation Letter 4(09)-4(I) that a flashing pattern of two pulses from one unit followed by four pulses of the other unit would meet the requirements of IA-11.

22. On June 13, 2012, the FHWA replaced the initial July 16, 2008 Interim Approval (IA-11) with the following:

> As a specific exception to 2003 MUTCD Section 4K.01 requirements for the flash rate of beacons, RRFBs shall use a much faster flash rate. Each of the two yellow indications of an RRFB shall have 70 to 80 periods of flashing per minute and shall have alternating, but approximately equal, periods of flashing light emissions and dark operation. During each of its 70 to 80 flashing periods per minute, the yellow indications on the left side of the RRFB shall emit two slow pulses of light after which the yellow indications on the right side of the RRFB shall emit four rapid pulses of light followed by a long pulse.

MUTCD-DOT-FHWA Interpretation Letter 4(09)-21 (I). June 13, 2012.

23. The flashing beacon system described in the Interpretation Letter 4(09)-21(I) referred to in this complaint is also referred to as the "2-5 flash pattern."

24. Attached as Exhibit "A" is a chart illustrating the on and off time periods for two light units according to the "2-5 flash pattern."

25. On July 25, 2014, the FHWA issued Interpretation Letter 4(09)-41(I) which approved a different flash pattern referred to as the "WW+S flash pattern."

26. Attached as Exhibit "B" is a chart illustrating the on and off time periods for two light units according to the "WW+S flash pattern."

27. Defendant TAPCO uses the system and method described and claimed in the patents that are involved in this civil action.

28. Defendant TAPCO advertises driver yielding rates of 80-90% in their brochure referring to their RRFB systems that are marketed under one or more of (a) the 2008 Interim Approval (IA-11) to the MUTCD referred to above, (b) the 2010 MUTCD- FHWA-DOT Interpretation Letter 4(09)-4(I) referred to above, and (c) the 2012 MUTCD-DOT-FHWA Interpretation Letter 4(09)-21 (I) referred to above and (d) the 2014 MUTCD-DOT-FHWA Interpretation Letter 4(09)-41(I) referred to above.

29. On information and belief Defendant TAPCO manufactures, sells and installs RRFB systems that comply with one or more of (a) the 2008 Interim Approval (IA-11) to the MUTCD referred to above, (b) the 2010 MUTCD- FHWA-DOT Interpretation Letter 4(09)-4(I) referred to above, and (c) the 2012 MUTCD-DOT-FHWA Interpretation Letter 4(09)-21 (I) referred to above and (d) the 2014 MUTCD-DOT-FHWA Interpretation Letter 4(09)-41(I) referred to above.

30. On information and belief Defendant TAPCO does not manufacture, sell or install any RRFB systems that fail to comply with one or more of (a) the 2008 Interim Approval (IA-11) to the MUTCD referred to above, (b) the 2010 MUTCD- FHWA-DOT Interpretation Letter

4(09)-4(I) referred to above, and (c) the 2012 MUTCD-DOT-FHWA Interpretation Letter 4(09)-21 (I) referred to above and (d) the 2014 MUTCD-DOT-FHWA Interpretation Letter 4(09)-41(I) referred to above.

31. Prior to June 6, 2006, Mr. Richard Jones invented a new flashing beacon and method for slowing vehicle traffic now known as a Rapid Rectangular Flashing Beacon and referred to by the acronym RRFB which is in general terms the system and method described and claimed in the patents that are involved in this civil action.

32. Plaintiff STOP EXPERTS is the owner of all right, title and interest in and to the patents that are involved in this civil action by way of assignment, including but not limited to the right to sue for past infringement.

33. Plaintiff RRFB GLOBAL is the exclusive licensee of the patents that are involved in this civil action.

34. Plaintiff RRFB GLOBAL manufactures and sells RRFB systems using the system and method described and claimed in the patents that are involved in this civil action ("Plaintiff's RRFB Systems"). Stop Experts, Inc. ("Stop Experts") is a Florida corporation that previously sold and developed RRFB systems and is a related company to RRFB GLOBAL and STOP EXPERTS. (RRFB GLOBAL, Stop Experts, Inc. and STOP EXPERTS are jointly and severally referred to as "The Stop Experts Group").

35. One or more entities within The Stop Experts Group is approved to sell RRFBs in the State of Florida.

36. Plaintiffs have engaged the undersigned attorneys and have agreed to pay them a reasonable fee.

**COUNT I**
**DIRECT INFRINGEMENT OF U.S. PATENT No. 8,081,087**

37. Plaintiffs re-allege paragraphs 1 – 36 as fully and completely as if set forth herein verbatim.

38. Prior to June 6, 2006, Mr. Richard D. Jones invented a novel and non-obvious Flashing Beacon as well as a method for the use of the Flashing Beacon.

39. Mr. Richard D. Jones applied for and received U.S. Patent No. 8,081,087 (the '087 Patent) which was granted on December 20, 2011. A true and correct copy of the '087 Patent is attached as Exhibit "C".

40. Mr. Richard D. Jones assigned all right, title and interest in and to the '087 Patent to STOP EXPERTS.

41. In general terms, the '087 Patent relates to a flashing beacon system and method for improving driver compliance at pedestrian crossings thus resulting in increased pedestrian safety and a reduction in vehicle-pedestrian and vehicle-vehicle accidents at pedestrian crossings.

42. Beginning on or after December 20, 2011, Defendant TAPCO infringed at least one claim of the '087 Patent by offering to sell, making and selling RRFB products to one or more governmental entities within the State of Florida.

43. The '087 Patent has four independent claims.

44. Each of the independent claims of the '087 patent claims the following: "at least two light units …configured to generate a wig-wag flash pattern, the pattern including emitting within a predetermined time two light flashes from one light unit on the front face and three light flashes from the other light unit on the front face."

45. Attached as Exhibit "D" is one non-limiting explanation of how the 2-5 flash pattern corresponds to the language of the independent claims of the '087 Patent as set forth above in paragraph 44.

46. Attached as Exhibit "E" is one non-limiting explanation of how the WW+S flash pattern corresponds to the language of the independent claims of the '087 Patent as set forth above in paragraph 44.

47. On information and belief all TAPCO RRFB products delivered on or after December 20, 2011 operate according to either the 2-5 flash pattern or the WW+S flash pattern.

48. In the event that the TAPCO RRFB products delivered on or after December 20, 2011, operate according to the aforementioned IA-11, Plaintiffs reserve the right to supplement this Count.

49. The activities of TAPCO referred to in this Count literally infringe at least each of claims 1, 2, 7, 10, 11, and 18 of the '087 Patent in violation of 35 U.S.C. § 271(a).

50. The activities of TAPCO as set forth in this Count have been without license, permission or authorization from Plaintiffs.

51. The activities of TAPCO as set forth in this Count have been and continue to be to the injury and detriment of Plaintiffs and irreparable harm to Plaintiffs.

52. Plaintiffs complied in all respects with the patent marking provisions of 35 U.S.C. § 287.

53. Plaintiffs have put TAPCO on notice of the '087 Patent prior to the filing of this civil action.

54. TAPCO unsuccessfully sought a license from Plaintiffs under, *inter alia,* the '087 Patent.

55. The infringement by TAPCO has been willful and deliberate.

**COUNT II**
**INDIRECT INFRINGEMENT OF U.S. PATENT NO. 8,081,087**

56. Plaintiffs re-allege paragraphs 1 through 48 and 50 through 55 as fully and completely as if set forth herein verbatim.

57. TAPCO intends that the RRFB products referred to in Count I be used to slow vehicle traffic.

58. TAPCO does not advertise any use of the RRFB products referred to in Count I other than to slow vehicle traffic.

59. TAPCO does not know of any substantial use of the RRFB products referred to in Count I other than to slow vehicle traffic.

60. The RRFB products referred to in Count I are not staple articles or commodities of commerce suitable for substantial noninfringing uses.

61. The use of the RRFB products referred to in Court I constitutes literal infringement of at least claim 14 of the ’087 Patent in violation of 35 U.S.C.§ 271(a).

62. The activities TAPCO referred to in this Count II constitute contributory infringement of at least claim 14 of the ‘087 Patent in violation of 35 U.S.C.§ 271(c).

**COUNT III**
**DIRECT INFRINGEMENT OF U.S. PATENT No. 9,129,540**

63. Plaintiffs re-allege paragraphs 1 through 36 as fully and completely as if set forth herein verbatim.

64. Mr. Richard D. Jones applied for and received U.S. Patent No. 9,129,540 (the ‘540 Patent) which was granted on September 8, 2015 as a continuation of the patent application that became U.S. Patent No. 8,269,654 which, in turn, is a continuation of the patent application

that became the '087 Patent. A true and correct copy of the '540 Patent is attached as Exhibit "F".

65. Mr. Richard D. Jones assigned all right, title and interest in and to the '540 Patent to STOP EXPERTS.

66. In general terms, the '540 Patent relates to a flashing beacon system and method for improving driver compliance at a pedestrian crossings thus resulting in increased pedestrian safety and a reduction in vehicle-pedestrian and vehicle-vehicle accidents at pedestrian crossings.

67. Beginning on or after September 8, 2015, Defendant TAPCO infringed at least one claim of the '540 Patent by offering to sell, making and selling RRFB products to one or more governmental entities within the state of Florida.

68. The '540 Patent has three independent claims.

69. Each of the independent claims of the '540 Patent claims the following: "wherein for each cycle a period between at least two light flashes from the first light unit is greater than a period between at least two light flashes from second light unit."

70. Attached as Exhibit "G" is one non-limiting explanation of how the 2-5 flash pattern corresponds to the language of the independent claims of the '540 Patent as set forth above in paragraph 69.

71. Attached as Exhibit "H" is one non-limiting explanation of how the WW+S flash pattern corresponds to the language of the independent claims of the '540 Patent as set forth above in paragraph 69.

72. On information and belief all TAPCO RRFB products delivered on or after September 8, 2015, operate according to either the 2-5 flash pattern or the WW+S flash pattern.

73. In the event that the TAPCO RRFB products delivered on or after September 8, 2015 operate according to the aforementioned IA-11, Plaintiffs reserve the right to supplement this Count.

74. The activities of TAPCO referred to in this Count literally infringe at least each of claims 1, 2, 5, 6 and 7 of the '540 Patent in violation of 35 U.S.C. § 271(a).

75. The activities of TAPCO as set forth in this Count have been without license, permission or authorization from Plaintiffs.

76. The activities of TAPCO as set forth in this Count have been and continue to be to the injury and detriment of Plaintiffs and irreparable harm to Plaintiffs.

77. Plaintiffs complied in all respects with the patent marking provisions of 35 U.S.C. § 287.

**COUNT IV**
**INDIRECT INFRINGEMENT OF U.S. PATENT NO. 9,120,540**

78. Plaintiffs re-allege paragraphs 1 through 73 and 75 through 77 as fully and completely as if set forth herein verbatim.

79. TAPCO intends that the RRFB products referred to in Count III be used to control a traffic directing device to provide improved driver compliance.

80. TAPCO does not advertise any use of the RRFB products referred to in Count III other than to control a traffic directing device to provide improved driver compliance.

81. TAPCO does not know of any substantial use of the RRFB products referred to in Count III other than to control a traffic directing device to provide improved driver compliance.

82. The RRFB products referred to in Count III are not staple articles or commodities of commerce suitable for substantial noninfringing uses.

83. The use of the RRFB products referred to in Court III constitutes literal infringement of at least one or more of claims 8-10 of the ’540 Patent in violation of 35 U.S.C.§ 271(a).

84. The activities of TAPCO referred to in this Count IV constitute contributory infringement of each of claims 8-10 of the ‘540 Patent in violation of 35 U.S.C. § 271(c).

**WHEREFORE, PLAINTIFFS PRAY:**

A. For judgment that TAPCO has directly or indirectly infringed at least one claim of the ‘087 Patent;

B. For judgment that TAPCO has directly or indirectly infringed at least one claim of the ‘540 Patent;

C. For an accounting and an award of damages sufficient to compensate Plaintiffs for the infringement but in no event less than a reasonable royalty;

D. That the Court Enter Temporary Restraining Order, as well as Preliminary Injunction, in favor of Plaintiffs, enjoining Defendants and all other person in active concert or participation with them, either directly or indirectly, from:

i. making, using, selling, importing, repairing, assembling or offering for sale RRFB devices that infringe any claim of the ‘087 patent or any product no more than colorably different from such devices;

ii. infringing any claim of the ‘087 patent;

iii. aiding, contributing or cooperating with third parties who make, use, sell, import, assemble or offer for sale parts or components that when finally assembled and/or used will infringe the ‘087 patent;

iv. making, using, selling, importing, repairing, assembling or offering for sale RRFB devices that infringe any claim of the '540 patent or any product no more than colorably different to such devices;

v. infringing any claim of the '540 patent;

vi. aiding, contributing or cooperating with third parties who make, use, sell, import, assemble or offer for sale parts or components that when finally assembled and/or used will infringe the '540 patent;

E. That the Court Enter a Permanent Injunction in favor of Plaintiffs enjoining the patent infringement by Defendant;

F. That the Court find that there is willful infringement at least as to the '087 patent and award enhanced damages;

G. That the Court determine that this is an exceptional case at least as to the '087 patent;

H. That the Court awarding Plaintiffs their attorney fees under 35 U.S.C. § 285;

I. That the Court award Plaintiffs their costs; and

J. For such other and further relief as to the Court appears just and proper.

**DEMAND FOR JURY TRIAL**

Plaintiffs demand a jury trial as to all issues so triable.

DATED: January 13, 2016

Respectfully submitted,

*/s/ Jerold I. Schneider*

JEROLD I. SCHNEIDER
Florida Bar No. 26975
jerold.schneider@sriplaw.com
JOEL B. ROTHMAN
Florida Bar No. 98220
joel.rothman@sriplaw.com
DIANA F. MEDEROS
Florida Bar No. 99881
diana.mederos@sriplaw.com
**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
4651 North Federal Highway
Boca Raton, FL 33431
561.404.4350 – Telephone
561.404.4353– Facsimile

*Attorneys for Plaintiffs*

# EXHIBIT A

# 2-5 FLASH PATTERN

| Cumulative time in milliseconds | Left (first) light unit | Duration of time interval in milliseconds | | Right (second) light unit | Duration of time interval in milliseconds |
|---|---|---|---|---|---|
| 25 | on | | | off | |
| 50 | on | | | off | |
| 75 | on | 125 | | off | |
| 100 | on | | | off | |
| 125 | on | | | off | |
| 150 | off | | | off | |
| 175 | off | 75 | | off | |
| 200 | off | | | off | |
| 225 | on | | | off | 425 |
| 250 | on | | | off | |
| 275 | on | 125 | | off | |
| 300 | on | | | off | |
| 325 | on | | | off | |
| 350 | off | | | off | |
| 375 | off | | | off | |
| 400 | off | | | off | |
| 425 | off | | | off | |
| 450 | off | | | on | 25 |
| 475 | off | | | off | 25 |
| 500 | off | | | on | 25 |
| 525 | off | | | off | 25 |
| 550 | off | | | on | 25 |
| 575 | off | 475 | | off | 25 |
| 600 | off | | | on | 25 |
| 625 | off | | | off | 25 |
| 650 | off | | | on | |
| 675 | off | | | on | |
| 700 | off | | | on | |
| 725 | off | | | on | 200 |
| 750 | off | | | on | |
| 775 | off | | | on | |
| end of cycle 800 | off | | | on | |

# EXHIBIT
# B

# WW + S FLASH PATTERN

| Cumulative time in milliseconds | Left (first) light unit | Duration of time interval in milliseconds | | Right (second) light unit | Duration of time interval in milliseconds |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| 25 | on | 50 | | off | 100 |
| 50 | on | | | off | |
| 75 | off | 150 | | off | |
| 100 | off | | | off | |
| 125 | off | | | on | 50 |
| 150 | off | | | on | |
| 175 | off | | | off | 150 |
| 200 | off | | | off | |
| 225 | on | 50 | | off | |
| 250 | on | | | off | |
| 275 | off | 150 | | off | |
| 300 | off | | | off | |
| 325 | off | | | on | 50 |
| 350 | off | | | on | |
| 375 | off | | | off | 50 |
| 400 | off | | | off | |
| 425 | on | 50 | | on | 50 |
| 450 | on | | | on | |
| 475 | off | 50 | | off | 50 |
| 500 | off | | | off | |
| 525 | on | 50 | | on | 50 |
| 550 | on | | | on | |
| 575 | off | 250 | | off | 250 |
| 600 | off | | | off | |
| 625 | off | | | off | |
| 650 | off | | | off | |
| 675 | off | | | off | |
| 700 | off | | | off | |
| 725 | off | | | off | |
| 750 | off | | | off | |
| 775 | off | | | off | |
| end of cycle 800 | off | | | off | |

# EXHIBIT
# C

US008081087B2

(12) **United States Patent**
**Jones**

(10) **Patent No.: US 8,081,087 B2**
(45) **Date of Patent: Dec. 20, 2011**

(54) **FLASHING BEACON**

(75) Inventor: **Richard D. Jones**, Venice, FL (US)

(73) Assignee: **R. D. Jones, Stop Experts, Incorporated**

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 444 days.

(21) Appl. No.: **12/303,802**

(22) PCT Filed: **Jun. 6, 2007**

(86) PCT No.: **PCT/US2007/070494**

§ 371 (c)(1),
(2), (4) Date: **Dec. 8, 2008**

(87) PCT Pub. No.: **WO2007/143680**

PCT Pub. Date: **Dec. 13, 2007**

(65) **Prior Publication Data**

US 2010/0207788 A1 Aug. 19, 2010

**Related U.S. Application Data**

(60) Provisional application No. 60/811,157, filed on Jun. 6, 2006.

(51) **Int. Cl.**

| | |
|---|---|
| ***G08G 1/07*** | (2006.01) |
| ***G08G 1/095*** | (2006.01) |
| ***G08G 1/01*** | (2006.01) |
| ***G08B 5/22*** | (2006.01) |
| ***B61L 1/02*** | (2006.01) |
| ***B61L 29/24*** | (2006.01) |

(52) **U.S. Cl.** ........ **340/907**; 340/906; 340/917; 340/925; 340/933; 340/481; 246/125; 246/473.2

(58) **Field of Classification Search** ........................ None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,951,431 | A | 3/1934 | Meehan |
| 2,121,093 | A | 6/1938 | Munch |
| 2,679,635 | A | 5/1954 | Hart |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 2001338777 | 12/2001 |

(Continued)

OTHER PUBLICATIONS

Introducing the lightest and brightest defense systemf or your Crossing Gurads who use signs. The Crosswalk Defender, Archive.org. www.stopexperts.com circa Feb. 8, 2005.

(Continued)

*Primary Examiner* — George Bugg
*Assistant Examiner* — Renee Dorsey
(74) *Attorney, Agent, or Firm* — Gifford, Krass, Sprinkle, Anderson & Citkowski, P.C.

(57) **ABSTRACT**

A flashing beacon may include a signal unit, a control unit associated with the signal unit, a solar panel or collector, and an activation device that may all be mounted or otherwise positioned on a post of a roadway sign. Light units associated with the signal unit may be programmed to flash on and off in a unique wig-wag pattern. Further, a light bar may also be used with the beacon to generate an intense flash of light soon after activation of the beacon as an additional means of grabbing the attention of the operator of a vehicle.

**18 Claims, 8 Drawing Sheets**



U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2,902,672 | A | 9/1959 | Hart | |
| 2,965,880 | A | 12/1960 | Hart | |
| 2,967,293 | A | 1/1961 | Paulson | |
| 3,205,478 | A | 9/1965 | Scheg | |
| 3,963,202 | A | 6/1976 | Hopkins | |
| 4,879,545 | A * | 11/1989 | Aguilar | 340/624 |
| 5,023,607 | A | 6/1991 | Staten | |
| 5,103,223 | A | 4/1992 | Humphrey | |
| 5,235,768 | A | 8/1993 | Eder | |
| 5,735,492 | A | 4/1998 | Pace | |
| 6,035,567 | A * | 3/2000 | Cameron | 40/607.04 |
| 6,147,623 | A | 11/2000 | Rippen | |
| 6,384,742 | B1 | 5/2002 | Harrison | |
| 6,879,263 | B2 | 4/2005 | Pederson et al. | |
| 6,963,275 | B2 * | 11/2005 | Smalls | 340/473 |
| 7,019,669 | B1 * | 3/2006 | Carr | 340/906 |
| 7,196,636 | B2 | 3/2007 | Graham | |
| 7,317,405 | B2 | 1/2008 | Green et al. | |
| 2001/0054970 | A1 * | 12/2001 | Jones | 340/915 |
| 2002/0073586 | A1 * | 6/2002 | Backe | 40/612 |
| 2004/0183694 | A1 * | 9/2004 | Bauer | 340/907 |
| 2005/0104747 | A1 | 5/2005 | Silic et al. | |
| 2005/0128105 | A1 * | 6/2005 | Green et al. | 340/944 |
| 2005/0174776 | A1 | 8/2005 | Althaus | |
| 2005/0184883 | A1 * | 8/2005 | Graham | 340/917 |
| 2006/0061487 | A1 * | 3/2006 | Heap | 340/908 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| KR | 20030075226 | 9/2003 |
| KR | 20030089966 | 11/2003 |
| KR | 20040110782 | 12/2004 |

OTHER PUBLICATIONS

Sop Experts, Inc.Crosswalk defender, stopexperts.com circa 2006.
Crosswalk Angel, personal defender, stopexperts.com circa 2006.
Seat Blet Check Angel 8, stopexperts.com circa 2006.


* cited by examiner




Fig-1




Fig-2




Fig-3




Fig-4




Fig-5




Fig-6




Fig-7




Fig-8




Fig-9




Fig-10




Fig-11

# FLASHING BEACON

## BACKGROUND OF THE INVENTION

1. Field of the Invention

Disclosed herein is a flashing beacon. More specifically, disclosed herein is a flashing beacon that may be positioned on most any roadway sign or signpost, and that may include a signal unit, a control unit, a solar collector, an activation device (e.g., a timer, microwave emitter, radio transmitter, step-pad, a pushbutton, infrared transmitter, wireless transmitter or like device) and various other accessories.

2. Reference to Related Art

According to the U.S. Manual on Uniform Traffic Control Devices, flasher mechanisms associated with traffic control signs (e.g., a yield or crosswalk sign) must be positioned on the sign (or signpost) so that flashing signal is about 12 feet above the pavement. The flashing signal must also be programmed or otherwise set to flash continuously at a rate of not less than 50 nor more than 60 times per minute. See MUTCD, Section 4D.11. However, while the guidelines set forth in the uniform regulations are intended to provide a visible warning to drivers, recent testing has suggested that only a small percentage of the public responds to flashing signals that operate according to the uniform regulations. Specifically, recent testing has suggest that only 25% of the public complies with or otherwise responds to flashing signals associated with roadway signage. Therefore, it would be advantageous to have an improved flashing beacon system that may be used with existing or future roadway signage to garner a greater response from the vehicle driving public.

## SUMMARY OF THE INVENTION

About 20 years ago, the public began to demand that the automotive industry manufacture “quiet” cars and trucks—and the industry responded. Indeed, the industry responded so well that the interior of many vehicles have been effectively transformed into moving soundproof rooms. Unfortunately, the “quiet” has sometime resulted in drivers and passengers alike becoming distracted and forgetting that they are in a moving vehicle. For example, it is not uncommon for present day drivers to be seen talking on a cellular phone, reading a paper, listening to satellite stereo systems, being distract by children in the vehicle, applying makeup, using on-board navigation systems, watching a DVD, or just plain not paying attention to the roadway.

Clearly, one thing that is lost or diminished by all these possible distraction is a proper attention to and respect for roadway signage—signage that exists to increase motorist safety. Existing roadway signage is quite often clear and concise in meaning and message. These signs, however, lose their effectiveness when paired up against a distracted driver.

A 12" flashing beacon has been the tool of choice for the nation’s roadways to emphasize a warning on a roadway sign since 1955. Indeed, the flashing pattern and height of these flash beacons might still work on some signs in certain locations. However, given the array of distractions now available to drivers, these traditional flashing beacons are simply too passive. Accordingly, disclosed herein is a beacon having a unique flashing sequence, and installation placement, that upon activation may command a driver’s attention. As such, drivers are compelled to again look at a sign, understand its message, and respond.

As disclosed herein, a flashing beacon may include a signal unit, a control unit associated with the signal unit, a solar panel or collector, and an activation device that may all be



mounted or otherwise positioned on a post of a roadway signpost. The activation device and solar panel may, however, also be positioned remotely from the post.

The signal unit may be rectangular in shape (although other shapes may be used) in order to decrease its obstructive profile relative to the sign, and it includes one or more flashable lights (e.g., LEDs) on the front, rear, bottom or side faces of the signal unit. One or more spotlights (e.g., LED spotlights) may also be positioned on the signal unit to illuminate an area (e.g., the street) in the vicinity of the signal unit. The signal unit may also include an audio transmission system and one or more displays (e.g., a LCD, plasma, or LEDs) to provide the user with information concerning the operation of the flashing beacon.

The control unit may include an electronic signal receiver (e.g., a radio receiver), a power supply, and control means for use in controlling the initiation and duration of the light assemblies of the flashing beacon.

The solar collector may include one or more solar cells that provide power to the unit during daylight hours and may also operate to recharge the power supply of the control unit so that the flashing beacon has adequate power during evening hours.

Finally, the activation device may include a pushbutton unit, signage, one or more counter displays, an infrared sensor, and a speaker system. Additional accessories for the activation device may also include devices such as a timer, microwave emitter, radio transmitter, step-pad, a pushbutton, infrared transmitter, wireless transmitter or like device. The signage associated with the pushbutton may also include a display (e.g., a LCD, plasma, or LEDs) to convey additional instructions to a pedestrian concerning operation of the flashing beacon and a counter to record the number of times the beacon has been activated. Finally, it will be appreciated that while the flashing beacon disclosed herein is discussed as being used in connection with a pedestrian crosswalk sign, it may also be used with any sign, placard or signal that uses a flashing signal (e.g., fire station sign, yield signs, dangerous curve signs, school speed zone signs, etc.).

## BRIEF DESCRIPTION OF THE DRAWINGS

Reference will now be had to the attached drawings wherein like reference numerals refer to like parts throughout and wherein:

FIG. **1** is a environmental perspective view of a pair of flashing beacons constructed positioned on sign posts that are secured on opposite sides of a roadway, with one beacon having a remotely located solar cell and showing a crossing guard holding a stop sign with means to remotely activate the flashing beacons;

FIG. **2** is a front planar view of an embodiment of a flashing beacon wherein the double-sign unit is in a first or retracted position;

FIG. **3** is a rear planar view of an embodiment of a flashing beacon;

FIG. **4** is a front planar view of an embodiment of a flashing beacon wherein the double-sign unit is in a second or extended position;

FIG. **5** is a rear perspective view of an embodiment of a flashing beacon constructed in accordance with the present invention that includes a view of the bottom face or underside of the signal unit of the flashing beacon;

FIG. **6** is a front planar view of an embodiment of a push-button apparatus that may be used in connection with the flashing beacon;

FIG. **7** is a front planar view of another embodiment of a pushbutton apparatus that may be used in connection with the flashing beacon;

FIG. **8** is a side and rear perspective view of an embodiment of the flashing beacon showing, in particular, an illuminating street sign, sign illuminating spotlights, pivotable lights, and lights for illuminating the pavement proximate the flashing beacon;

FIG. **9** is a side and front perspective view of an embodiment of the flashing beacon showing, in particular, an illuminating street sign, sign illuminating spotlights, pivotable lights, lights for illuminating the pavement proximate the flashing beacon and a light bar;

FIG. **10** is a rear view of an embodiment of the flash beacon showing, in particular, the radio signal receiving antennae; and

FIG. **11** is a top planar view of a signal unit of the flashing beacon showing the pivotable lights on the signal unit.

## DESCRIPTION OF THE INVENTION

Referring now to FIGS. **1-10**, a flashing beacon **10** for a sign(s) **5** may include a signal unit **12**, a control unit **14**, a solar collector **16**, and an activation device **18** that may all be removably mounted to a post **7** of a sign **5**. In operation, the flashing beacon **10** may provide a safer environment for drivers and pedestrians, particularly pedestrians attempting to traverse a busy street.

Referring now to FIGS. **1-5**, **8** and **9**, the signal unit **12** may have an elongated, rectangular shaped body that may include a front face **20**, a rear face **22**, a pair of side faces **24**, **25** and bottom face **26**. A recess **28** may be defined in the front face **28** of the signal unit **12** such that the signal unit **12** may be positioned along the post **7** of the roadway sign **5**. One or more light units **30** may be positioned on, or alternatively recessed within (see e.g., FIG. **8**), each of the front face **20**, the rear face **22**, the side faces **24**, **25** and the bottom face **26** of the signal unit **12**. As shown in FIGS. **8** and **9**, one or more illuminated street signs **27** may also be associated with each flashing beacon **10** and mounted by mounting each sign on the post of the sign **5**. Further, as shown in FIG. **1**, the signal unit **12** may be positioned on the sign post **7** immediately below the sign **5** so that, in a typically configuration, the light units **30** of the signal unit **12** are approximately the same distance above ground level as a traditional police cruiser. It is appreciated that a lighting array at such a height may receive greater recognition from a vehicle operator who might otherwise be "trained" to slow his or her vehicle when encountering flashing lights at this height.

Referring to FIGS. **1-5**, **8-11**, and as best shown in FIG. **1**, during operation of the flashing beacon **10** the light units **30** of the front face **20** of the signal unit **12** may be illuminated to alert oncoming vehicle traffic that a pedestrian(s) **8** has or is about to enter a crosswalk. Light units **30** on the rear face **22** may also be illuminated concurrently with the light units **30** of the front face **20** to alert vehicle traffic traveling in the opposing direction. Accordingly, it will be appreciated that where at least one flashing beacon **10** is positioned on each side of a roadway (or, e.g., on at least one side and in a center median), a vehicle will be alerted to the presence of a pedestrian(s) in an approaching crosswalk regardless of the vehicle's direction of travel. Further, as shown in FIGS. **8** and **11**, the light units **30** on the rear face **22** of the signal unit **12** may be pivotably mounted to the signal unit **12** so that (during setup) each light unit **30** may be precisely aimed at oncoming traffic.

Still referring to FIGS. **1-5**, **8** and **9**, in addition to the light units **30** associated with the front **20** and rear **22** face of the signal unit **12**, the light units **30** of each side face **24**, **25** of the signal unit **12** may be illuminated to alert the pedestrian(s) **8** and/or crossing guard(s) **9** using the flashing beacon **10** that the light units **30** on the front **20** and rear **22** face of the signal unit **12** been activated. As such, by observing the illumination of a light unit **30** on a side face **24**, **25** of a signal unit **12**, a pedestrian **8** or crossing guard **9** on one side of a roadway may easily confirm that the light units **30** on front **20** and rear **22** faces on a signal unit **12** on the opposite side of the roadway have also been activated.

Still referring to FIGS. **1-5**, **8** and **9**, in addition to the light units **30** on the front **20**, rear **22**, and side **24**, **25** faces of a signal unit **12**, each signal unit **12** may also include lighting for illuminating the area proximate base of the post **7**, including at least a portion of a nearby roadway. For example, one or more light units **30** may be positioned on the bottom face **26** of the signal unit **12**. Further, as shown in FIGS. **1-5**, the signal unit **12** may also one or more spotlights **32** (e.g., LED spotlights) that extend from the signal unit **12**. As shown in FIGS. **8** and **9**, the spotlights **32** may be constructed as lighting pods **33** that are mounted to the bottom face **26** of the signal unit **12**. Each lighting pod **33** may include one or more LED lights. The lighting pods **33** may also be mounted to a signal unit **12** so that any light emitting from the pod **33** is projected directly downward or at a predetermined angle relative to the post **7**. Further, as shown in FIGS. **8** and **9**, one or more spotlights **35** may be used to illuminate the face of a sign **5**. Specifically, the spotlights **35** may be positioned on stanchions **39** that extend from the post **7**.

Referring again to FIGS. **1-5**, **8** and **9**, as mentioned above the light units **30**, spotlights **32** and other light units of the flashing beacon **10** may each include one or more light emitting diodes ("LEDs"). For example, LEDs of the type manufactured by Whelan Engineering Inc. may be used in connection with the light units **30** and spotlights **32** of flashing beacon **10**. However, it will be appreciated that other types of lights may also be used with the flashing beacon **10**.

The one or more of the lights of the light units **30** (i.e., the light units **30** on the bottom face **26**) may function to be continuously illuminated during operation of the flashing beacon **10**. However, as mentioned above, the light units **30** of the flashing beacon **10** may also function to flash according to uniform regulations at a rate of 50-60 cycles per minute, at an increased rate of 60-110 cycles per minute, or at any other rate predetermined by the user. The light units **30** may further be arranged such that they flash in a predetermined pattern such as a wavy line or a so-called wig-wag flashing pattern as will be described below.

Referring now to FIG. **5**, the signal unit **12** may also include a programmable audio unit and a voltage meter display **36**. The voltage meter display **36** (which may also be positioned in the control unit **14**) may include an LCD, plasma screen monitor or an arrangement of LEDs positioned on the bottom face **26** of the signal unit **12** that may be in electrical communication with a power supply (i.e., a battery—not shown) of the control unit **14** (as discussed below) or another battery (not shown) that may be positioned in the signal unit **12**. An audio unit (which may also be incorporated into the activation device **18**) may include audio transmission apparatus that includes at least one speaker **38** and a memory means (e.g., an erasable/programmable memory). The memory means (not shown) may permit an administrator of the flashing beacon **10** to program and/or change an audio message that is broadcast to a user of the beacon **10**.

Referring again to FIGS. **1-5**, **8** and **9**, the control unit **14** of the flashing beacon **10** may include one or more electronic signal receivers (i.e., a radio or wireless receiver) including an

antennae **42**, **43**, a power supply (i.e., a battery), and control means (i.e., an erasable programmable memory (not shown)) for use in controlling activation of the light units **30** and spotlights **32** of the signal unit **12**.

In operation, the control unit **14** may be used to selectively activate and deactivate the various lights of the flashing beacon **10**. For example, a school principal, crossing guard **9** (see FIG. **1**), or public safety official may use a remote transmitter to activate, program or otherwise control the activation of the flashing beacon **10** by transmitting an appropriate signal to the signal receiver of the control unit **14**. More specifically, as shown in FIG. **1**, the crossing guard **9** may carry with him or her a personal flash beacon system **45** such as the Personal Defender™ or Crosswalk Defender™ manufactured by Stop Experts, Inc. of Venice, Fla. These personal flash beacon systems may include a radio transmitter that when activated results in the activation of the lights of the Bashing beacon **10** and when deactivated results in the deactivation of the lights of the flashing beacon.

Referring now to FIGS. **1-4**, the solar collector **16** may include a panel of one or more solar cells **48**. The panel **16** may be positioned on arm **50** that extends above the sign from the control unit **16**, or that is otherwise mounted to the post **7** of the sign **5**. Further, as shown in FIG. **1**, in those instances where the overhead tree cover may prevent sufficient exposure of the solar collector to direct sunlight, the solar collector **16** may be positioned a predetermined distance away from the flashing beacon **10** and electrically connected to the beacon **10** by means of underground electrical wire and conduit. It will be appreciated that the solar collector **16** may be used as a clean power source for the signal unit **12** and the control **14** of the flashing beacon **10** during daylight hours. It may also be appreciated that the solar collector **16** may communicate with the power supply of the control unit **14** to thereby provide power to the flashing beacon **14** during evening hours.

Referring now to FIGS. **1-4**, **6** and **7**, the activation device **18** may include a pushbutton **52** in electrical, wireless or radio communication with the control unit and/or the signal unit, and one or more placards **54** that may convey additional information concerning operation of the flashing beacon **10**. Pushing the pushbutton **52** may activate that flashing beacon **10**. However, it should also be appreciated that other devices such as a timer, microwave emitter, radio transmitter, step-pad, internal activation means, a timer, a pushbutton, infrared transmitter, wireless transmitter or like device. For example, the activation device may include an infrared sensor **57** that may detect the presence of an individual within a predetermined range (e.g., 5 feet) from the device **18** and respond by activation of the flashing beacon **10**.

Still referring to FIGS. **1-4**, **6** and **7**, one or more displays **55** (e.g., LCD, plasma screen monitor, or LEDs) may also be positioned on the activation device **18** to provide a user with an additional instructional message. For example, as shown in FIG. **7**, the activation device may include a pair of displays **55** that indicate the number of time the flashing beacon has been activated during daylight hours (right side) and after dark (left side). Likewise, as mentioned above, the activation device **18** may include memory means and an associated speaker system capable for providing a user with an audible instructional message.

Referring now to FIGS. **1-3**, the flashing beacon **10** may also include a double-sign unit **56**. As shown in FIG. **2**, the double-sign unit **56** may include a first sign placard **58** and a second sign placard **60** that is movable relative to the first sign placard **58**. Prior to activation of the flashing beacon **10**, the second sign placard **60** may be positioned in front of the first sign placard **58**. However, upon activation of the flashing



beacon **10**, the second sign placard **60** may be translated or otherwise shifted to a second position to thereby reveal the first sign placard **58**. Further, the first sign placard may include one or more LEDs **62** to thereby illuminate the first sign placard.

Referring now to FIG. **9**, a light bar **64** that may include one or more light units **30** may be positioned on the signpost **7** below the signal unit **12**. Alternatively, the light bar **64** may be positioned above the signal unit **12** or between the light unit **30** on the front face **20** of the signal unit **12**. In operation, the light bar **64** functions to quickly "flash" any oncoming vehicles. Typically, this flash may about 1½ to 2 seconds after any lights on the front **20**, rear **22**, or side **24**, **25** faces of the signal unit **12** had been activated. The advantage of this "flash" (in addition to the normal illumination of the flashing beacon) is that a vehicle that is already within a predetermined distance from the flashing beacon **10** may not see the flash because, in many instances, the vehicle will have already driven past the beacon **10** given the 2 second delay period. However, vehicles that were beyond the predetermined distance when the flashing beacon **12** was activated will encounter not only the normal illumination of the flashing beacon, but also the secondary "flash" of the light bar **64**. As such, the secondary flash functions as a further reminder to the driver to heed the commands of the associated sign **5**.

In preliminary testing of the flashing beacon disclosed herein, Applicant has achieved significant improvement over the traditional flash beacon systems known in the art.

Example 1

A study of percent of vehicle responses to 70 pedestrian crossings comparing a traditional (MUTCD Standard) flashing beacon with dual side mounted lights (top row) against Applicant's flashing beacon with dual flashing overhead lights with a "wig-wag" flashing pattern (bottom row) in the City of St. Petersburg, Fla. at 31st Street north of 54th Avenue South. A wig-wag pattern is described as follows: Where the front face **20** of the signal unit **12** of the flashing beacon **10** being tested included two side-by-side LED lights, each wig-wag, cycle including two flashes (adjustable) of one light and, simultaneously, three flashes (adjustable) of the other tight. The speed of the left and right flashes is adjusted so that the cycle time for the three flashes for the other light is equal to the cycle time for the two flashes. Each flash beacon tested was set up to function at a rate of 76 wig-wag cycles per 30 seconds (for a total of 190 total flashes).

| BASE | | 7-days | | 30-days | |
|---|---|---|---|---|---|
| N/B-W/B | S/B-E/B | N/B-W/B | S/B-E/B | N/B-W/B | S/B-E/B |
| 0.00% | 4.03% | 3.74% | 2.33% | 19.51% | 7.89% |
| 0.00% | 4.03% | 58.54% | 48.72% | 82.76% | 69.44% |

Example 2

A study of percent of vehicle response to 70 pedestrian crossings comparing traditional (MUTCD Standard) flashing beacon with dual side mounted lights (top row) against Applicant's flashing beacon, using a wig-wag pattern, placed in a four-lane divided highway with median (bottom row) in the City of St. Petersburg, Fla. at 4th Street and 18th Avenue South.

| BASE | | 7-days | | 30-days | |
|---|---|---|---|---|---|
| N/B-W/B | S/B-E/B | N/B-W/B | S/B-E/B | N/B-W/B | S/B-E/B |
| 0.00% | 0.00% | 12.24% | 12.09% | 14.50% | 19.51% |
| 0.00% | 4.03% | 58.54% | 48.72% | 82.76% | 69.44% |

Having thus described my invention, various other embodiments will become known to those of skill in the art that do not depart from the spirit of the present invention.

I claim:

**1**. A flashing beacon in combination with a roadway sign, the combination comprising:

a signpost;

a sign secured to the signpost;

a signal unit positioned on the signpost and spaced apart from the sign, the signal unit including a front face, a rear face and a pair of end faces;

at least two light units mounted to the front face and at least one light unit mounted to an end face, of the signal unit, the at least two light units on the front face operating to emit a wig-wag flash pattern, the pattern including emitting within a predetermined time two light flashes from one light unit and three light flashes from the other light unit;

a control unit positioned on the signpost and in electronic communication with the signal unit;

a solar collector in electrical communication with the control unit; and

an activation device positioned on the signpost in communication with the control unit and operating to activate the signal unit.

**2**. The flashing beacon of claim **1** wherein the signal unit includes at least one light unit mounted to the rear face.

**3**. The flashing beacon of claim **2**, wherein the light unit on the rear face of said signal unit is mounted for pivotable movement relative to said rear face.

**4**. The flashing beacon of claim **2**, further comprising a personal flashing beacon system positioned remote from the signpost, having a transmitter in communication with the control unit and being operable to selectively activate and deactivate the light units of the flashing beacon.

**5**. The flashing beacon for claim **1**, wherein the signal unit is positioned on the signpost below the sign.

**6**. The flashing beacon of claim **1**, wherein the solar collector is positioned on a frame operable to be positioned on one of the ground or a support structure, and at a location that is remote of a location of the signpost.

**7**. The flashing beacon of claim **1**, further comprising a light bar position on the signpost remote from the sign.

**8**. The flashing beacon of claim **1**, further comprising a double-sign unit having a first sign placard and a second sign placard, the second sign placard being movable positioned in front of the first sign placard.

**9**. The flashing beacon of claim **1** further comprising a spotlight extending from the signal unit and operating to illuminate an area proximate a base of the signpost.

**10**. A flashing beacon comprising:

a signal unit having a front face and a rear face and a pair of end faces;

at least two light units mounted to the front face and at least one light unit mounted to at least one end face of the signal unit, the at least two light units on the front face operating to emit a wig-wag flash pattern, the pattern including emitting within a predetermined time two light flashes from one light unit and three light flashes from the other light unit;

a light bar having a plurality of light units, the light bar being positioned remote from a face of the signal unit;

a control unit in electronic communication with the signal unit and the light bar;

a solar collector in electrical communication with the control unit; and

an activation device in communication with the control unit and operating to activate the signal unit.

**11**. The flashing beacon of claim **10**, further comprising a personal flashing beacon system positioned remote from the signpost, having a transmitter in communication with the control unit and being operable to selectively activate and deactivate the light units of the flashing beacon.

**12**. The flashing beacon of claim **10**, wherein the solar collector is positioned remote from signpost.

**13**. The flashing beacon of claim **10**, further comprising a double-sign unit having a first sign placard and a second sign placard, the second sign placard being movably positioned in front of the first sign placard.

**14**. A method for slowing vehicle traffic comprising:

providing a flashing beacon having a signpost, a sign secured to the signpost, a first and a second light unit, with each light supported by the signpost, a control unit in electronic communication with each light unit; and a solar collector supported by the signpost and operable to supply power to the beacon;

positioning the flashing beacon proximate a roadway so that each light unit is visible to oncoming traffic; and

switching the light units on and off to generate a wig-wag flash pattern, the pattern including emitting within a predetermined time two light flashes from one light unit and three light flashes from the other light unit.

**15**. The method of claim **14** further comprising:

providing a transmitter in communication with the control unit;

providing a receiver supported by the sign post and communicating with the control unit; and

transmitting a signal from the transmitter to the receiver to selectively activate the light units.

**16**. The flashing beacon of claim **5**, further comprising a second sign secured to the signpost below said sign and below said signal unit.

**17**. The flashing beacon of claim **14** further comprising a downwardly directed light supported by the signpost and illuminating an area proximate a base of the signpost.

**18**. A flashing beacon kit comprising:

a signal unit configured to be mounted to a signpost, the signal unit having a front face and a rear face and a pair of end faces, the signal unit also including at least two lights units mounted to the front face of the signal unit, and at least one light unit mounted to an end face of the signal unit, and the signal unit being configured to generate a wig-wag flash pattern, the pattern including emitting within a predetermined time two light flashes from one light unit on the front face and three light flashes from the other light unit on the front face;

a control unit in electronic communication with the signal unit;

a solar collector in electrical communication with the control unit; and

an activation device in communication with the control unit and operating to activate the signal unit.

* * * * *

# EXHIBIT D

# 2-5 FLASH PATTERN INFRINGES '087 PATENT

| Cumulative time in milliseconds | Left (first) light unit | Duration of time interval in milliseconds | | Right (second) light unit | Duration of time interval in milliseconds |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| 25 | on | 125 | | off | 425 |
| 50 | on | | | off | |
| 75 | on | | | off | |
| 100 | on | | | off | |
| 125 | on | | | off | |
| 150 | off | 75 | | off | |
| 175 | off | | | off | |
| 200 | off | | | off | |
| 225 | on | 125 | | off | |
| 250 | on | | | off | |
| 275 | on | | | off | |
| 300 | on | | | off | |
| 325 | on | | | off | |
| 350 | off | 475 | | off | |
| 375 | off | | | off | |
| 400 | off | | | off | |
| 425 | off | | | off | |
| 450 | off | | | on | 25 |
| 475 | off | | | off | 25 |
| 500 | off | | | on | 25 |
| 525 | off | | | off | 25 |
| 550 | off | | | on | 25 |
| 575 | off | | | off | 25 |
| 600 | off | | | on | 25 |
| 625 | off | | | off | 25 |
| 650 | off | | | on | 200 |
| 675 | off | | | on | |
| 700 | off | | | on | |
| 725 | off | | | on | |
| 750 | off | | | on | |
| 775 | off | | | on | |
| end of cycle 800 | off | | | on | |

| | | | | | |
|---|---|---|---|---|---|
| claim: | emitting within a predetermined time two light flashes from one light unit | | | | |
| | | | | | |
| | and three light flashes from the other light unit | | | | |
| | | | | | |
| ***One non-limiting example:*** | | | | | |
| | | | | | |
| The "predetermined time" starts at 0 milliseconds and ends at 525 milliseconds | | | | | |
| | | | | | |
| During that predetermined time the left (first) light flashes twice: | | | | | |
| First flash from 0 to 125 milliseconds; | | | | | |
| Second flash from 200 to 325 milliseconds. | | | | | |
| | | | | | |
| During that same time, the right (second) light flashes three times: | | | | | |
| First flash from400 to 425 milliseconds; | | | | | |
| Second flash from 450 to 475 milliseconds; | | | | | |
| Third flash from 500 to 525 milliseconds. | | | | | |

# EXHIBIT E

# WW + S FLASH PATTERN INFRINGES '087 PATENT

| Cumulative time in milliseconds | Left (first) light unit | Duration of time interval in milliseconds | | Right (second) light unit | Duration of time interval in milliseconds |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| 25 | on | 50 | | off | 100 |
| 50 | on | | | off | |
| 75 | off | 150 | | off | |
| 100 | off | | | off | |
| 125 | off | | | on | 50 |
| 150 | off | | | on | |
| 175 | off | | | off | 150 |
| 200 | off | | | off | |
| 225 | on | 50 | | off | |
| 250 | on | | | off | |
| 275 | off | 150 | | off | |
| 300 | off | | | off | |
| 325 | off | | | on | 50 |
| 350 | off | | | on | |
| 375 | off | | | off | 50 |
| 400 | off | | | off | |
| 425 | on | 50 | | on | 50 |
| 450 | on | | | on | |
| 475 | off | 50 | | off | 50 |
| 500 | off | | | off | |
| 525 | on | 50 | | on | 50 |
| 550 | on | | | on | |
| 575 | off | 250 | | off | 250 |
| 600 | off | | | off | |
| 625 | off | | | off | |
| 650 | off | | | off | |
| 675 | off | | | off | |
| 700 | off | | | off | |
| 725 | off | | | off | |
| 750 | off | | | off | |
| 775 | off | | | off | |
| end of cycle 800 | off | | | off | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| claim: | emitting within a predetermined time two light flashes from one light unit | | | | |
| | | | | | |
| | and three light flashes from the other light unit | | | | |
| | | | | | |
| ***One non-limiting example:*** | | | | | |
| | | | | | |
| The "predetermined time" starts at 300 milliseconds and ends at 800 milliseconds | | | | | |
| | | | | | |
| During that predetermined time the left (first) light flashes twice: | | | | | |
| First flash from 400 to 450 milliseconds; | | | | | |
| Second flash from 500 to 550 milliseconds. | | | | | |
| | | | | | |
| During that same time, the right (second) light flashes three times: | | | | | |
| First flash from 300 to 350 milliseconds; | | | | | |
| Second flash from 400 to 450 milliseconds; | | | | | |
| Third flash from 500 to 550 milliseconds. | | | | | |

# EXHIBIT F

US009129540B2

(12) **United States Patent**
**Jones**

(10) **Patent No.: US 9,129,540 B2**
(45) **Date of Patent: Sep. 8, 2015**

(54) **TRAFFIC BEACON HAVING IRREGULAR PATTERN**

(76) Inventor: **Richard D. Jones**, Venice, FL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **13/584,038**

(22) Filed: **Aug. 13, 2012**

(65) **Prior Publication Data**

US 2012/0306665 A1 Dec. 6, 2012

**Related U.S. Application Data**

(63) Continuation of application No. 13/230,242, filed on Sep. 12, 2011, now Pat. No. 8,269,654, which is a continuation of application No. 12/303,802, filed as application No. PCT/US2007/070494 on Jun. 6, 2007, now Pat. No. 8,081,087.

(60) Provisional application No. 60/811,157, filed on Jun. 6, 2006.

(51) **Int. Cl.**
***G08G 1/095*** (2006.01)
***G09F 13/04*** (2006.01)
***E01F 9/016*** (2006.01)

(52) **U.S. Cl.**
CPC .............. ***G09F 13/04*** (2013.01); ***E01F 9/0165*** (2013.01); ***G08G 1/095*** (2013.01)

(58) **Field of Classification Search**
CPC ....... E01F 9/0165; G08G 1/095; G09F 13/04; B60Q 1/52; B60Q 7/00
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 5,276,422 | A | * | 1/1994 | Ikeda et al. | 337/28 |
| 6,107,941 | A | * | 8/2000 | Jones | 340/915 |
| 7,298,245 | B1 | * | 11/2007 | VanHoose | 340/331 |
| 2004/0183694 | A1 | * | 9/2004 | Bauer | 340/907 |
| 2005/0128105 | A1 | * | 6/2005 | Green et al. | 340/944 |
| 2006/0012487 | A1 | * | 1/2006 | Gibson et al. | 340/815.45 |
| 2006/0232441 | A1 | * | 10/2006 | Hill | 340/907 |
| 2007/0103337 | A1 | * | 5/2007 | Hearn et al. | 340/907 |

OTHER PUBLICATIONS

Whelen Installation Guide: 500 Series TIR6 Super-LED Lighthead.
Whelen Talon Series Product Bulletin.
Whelen Installation Guide: 2 Channel / 6 Outlet LED Flasher.
Emergency Vehicle Warning Lights: State of the Art.

* cited by examiner

*Primary Examiner* — Kerri McNally
*Assistant Examiner* — Renee Dorsey
(74) *Attorney, Agent, or Firm* — Burman York Mathis

(57) **ABSTRACT**

A flashing beacon may include a signal unit, a control unit associated with the signal unit, a solar panel or collector, and an activation device that may all be mounted or otherwise positioned on a post of a roadway sign. Light units associated with the signal unit may be programmed to flash on and off in a unique wig-wag pattern. Further, a light bar may also be used with the beacon to generate an intense flash of light soon after activation of the beacon as an additional means of grabbing the attention of the operator of a vehicle.

**11 Claims, 8 Drawing Sheets**






Fig-1




Fig-2




Fig-3




Fig-4




Fig-5




Fig-6




Fig-7




Fig-8




Fig-9




Fig-10




Fig-11

# TRAFFIC BEACON HAVING IRREGULAR PATTERN

## CROSS-REFERENCE TO RELATED APPLICATIONS

This Application is a Continuation of application Ser. No. 13/230,242 filed on Dec. 9, 2011; application Ser No. 13/230,242 is a Continuation of application Ser. No. 12/303,802 filed on Aug. 12, 2008; application Ser No. 12/303,802 is a National Stage Entry of PCT/US07/70494 filed on Jun. 6, 2007, which claims priority of Provisional Application No. 60/811,157 filed on Jun. 6, 2006, the disclosures of all of which application are incorporated by reference herein in their entirety.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

Disclosed herein is a flashing beacon. More specifically, disclosed herein is a flashing beacon that may be positioned on most any roadway sign or signpost, and that may include a signal unit, a control unit, a solar collector, an activation device (e.g., a timer, microwave emitter, radio transmitter, step-pad, a pushbutton, infrared transmitter, wireless transmitter or like device) and various other accessories.

2. Reference to Related Art

According to the U.S. Manual on Uniform Traffic Control Devices, flasher mechanisms associated with traffic control signs (e.g., a yield or crosswalk sign) must be positioned on the sign (or signpost) so that flashing signal is about 12 feet above the pavement. The flashing signal must also be programmed or otherwise set to flash continuously at a rate of not less than 50 nor more than 60 times per minute. See MUTCD, Section 4D.11. However, while the guidelines set forth in the uniform regulations are intended to provide a visible warning to drivers, recent testing has suggested that only a small percentage of the public responds to flashing signals that operate according to the uniform regulations. Specifically, recent testing has suggest that only 25% of the public complies with or otherwise responds to flashing signals associated with roadway signage. Therefore, it would be advantageous to have an improved flashing beacon system that may be used with existing or future roadway signage to garner a greater response from the vehicle driving public.

## SUMMARY OF THE INVENTION

About 20 years ago, the public began to demand that the automotive industry manufacture "quiet" cars and trucks—and the industry responded. Indeed, the industry responded so well that the interior of many vehicles have been effectively transformed into moving soundproof rooms. Unfortunately, the "quiet" has sometime resulted in drivers and passengers alike becoming distracted and forgetting that they are in a moving vehicle. For example, it is not uncommon for present day drivers to be seen talking on a cellular phone, reading a paper, listening to satellite stereo systems, being distract by children in the vehicle, applying makeup, using on-board navigation systems, watching a DVD, or just plain not paying attention to the roadway.

Clearly, one thing that is lost or diminished by all these possible distraction is a proper attention to and respect for roadway signage—signage that exists to increase motorist safety. Existing roadway signage is quite often clear and concise in meaning and message. These signs, however, lose their effectiveness when paired up against a distracted driver.



A 12" flashing beacon has been the tool of choice for the nation's roadways to emphasize a warning on a roadway sign since 1955. Indeed, the flashing pattern and height of these flash beacons might still work on some signs in certain locations. However, given the array of distractions now available to drivers, these traditional flashing beacons are simply too passive. Accordingly, disclosed herein is a beacon having a unique flashing sequence, and installation placement, that upon activation may command a driver's attention. As such, drivers are compelled to again look at a sign, understand its message, and respond.

As disclosed herein, a flashing beacon may include a signal unit, a control unit associated with the signal unit, a solar panel or collector, and an activation device that may all be mounted or otherwise positioned on a post of a roadway signpost. The activation device and solar panel may, however, also be positioned remotely from the post.

The signal unit may be rectangular in shape (although other shapes may be used) in order to decrease its obstructive profile relative to the sign, and it includes one or more flashable lights (e.g., LEDs) on the front, rear, bottom or side faces of the signal unit. One or more spotlights (e.g., LED spotlights) may also be positioned on the signal unit to illuminate an area (e.g., the street) in the vicinity of the signal unit. The signal unit may also include an audio transmission system and one or more displays (e.g., a LCD, plasma, or LEDs) to provide the user with information concerning the operation of the flashing beacon.

The control unit may include an electronic signal receiver (e.g., a radio receiver), a power supply, and control means for use in controlling the initiation and duration of the light assemblies of the flashing beacon.

The solar collector may include one or more solar cells that provide power to the unit during daylight hours and may also operate to recharge the power supply of the control unit so that the flashing beacon has adequate power during evening hours.

Finally, the activation device may include a pushbutton unit, signage, one or more counter displays, an infrared sensor, and a speaker system. Additional accessories for the activation device may also include devices such as a timer, microwave emitter, radio transmitter, step-pad, a pushbutton, infrared transmitter, wireless transmitter or like device. The signage associated with the pushbutton may also include a display (e.g., a LCD, plasma, or LEDs) to convey additional instructions to a pedestrian concerning operation of the flashing beacon and a counter to record the number of times the beacon has been activated. Finally, it will be appreciated that while the flashing beacon disclosed herein is discussed as being used in connection with a pedestrian crosswalk sign, it may also be used with any sign, placard or signal that uses a flashing signal (e.g., fire station sign, yield signs, dangerous curve signs, school speed zone signs, etc.).

## BRIEF DESCRIPTION OF THE DRAWINGS

Reference will now be had to the attached drawings wherein like reference numerals refer to like parts throughout and wherein:

FIG. **1** is a environmental perspective view of a pair of flashing beacons constructed positioned on sign posts that are secured on opposite sides of a roadway, with one beacon having a remotely located solar cell and showing a crossing guard holding a stop sign with means to remotely activate the flashing beacons;

FIG. **2** is a front planar view of an embodiment of a flashing beacon wherein the double-sign unit is in a first or retracted position;

FIG. **3** is a rear planar view of an embodiment of a flashing beacon;

FIG. **4** is a front planar view of an embodiment of a flashing beacon wherein the double-sign unit is in a second or extended position;

FIG. **5** is a rear perspective view of an embodiment of a flashing beacon constructed in accordance with the present invention that includes a view of the bottom face or underside of the signal unit of the flashing beacon;

FIG. **6** is a front planar view of an embodiment of a push-button apparatus that may be used in connection with the flashing beacon;

FIG. **7** is a front planar view of another embodiment of a pushbutton apparatus that may be used in connection with the flashing beacon;

FIG. **8** is a side and rear perspective view of an embodiment of the flashing beacon showing, in particular, an illuminating street sign, sign illuminating spotlights, pivotable lights, and lights for illuminating the pavement proximate the flashing beacon;

FIG. **9** is a side and front perspective view of an embodiment of the flashing beacon showing, in particular, an illuminating street sign, sign illuminating spotlights, pivotable lights, lights for illuminating the pavement proximate the flashing beacon and a light bar;

FIG. **10** is a rear view of an embodiment of the flash beacon showing, in particular, the radio signal receiving antennae; and

FIG. **11** is a top planar view of a signal unit of the flashing beacon showing the pivotable lights on the signal unit.

## DESCRIPTION OF THE INVENTION

Referring now to FIGS. **1-10**, a flashing beacon **10** for a sign(s) **5** may include a signal unit **12**, a control unit **14**, a solar collector **16**, and an activation device **18** that may all be removably mounted to a post **7** of a sign **5**. In operation, the flashing beacon **10** may provide a safer environment for drivers and pedestrians, particularly pedestrians attempting to traverse a busy street.

Referring now to FIGS. **1-5**, **8** and **9**, the signal unit **12** may have an elongated, rectangular shaped body that may include a front face **20**, a rear face **22**, a pair of side faces **24**, **25** and bottom face **26**. A recess **28** may be defined in the front face **28** of the signal unit **12** such that the signal unit **12** may be positioned along the post **7** of the roadway sign **5**. One or more light units **30** may be positioned on, or alternatively recessed within (see e.g., FIG. **8**), each of the front face **20**, the rear face **22**, the side faces **24**, **25** and the bottom face **26** of the signal unit **12**. As shown in FIGS. **8** and **9**, one or more illuminated street signs **27** may also be associated with each flashing beacon **10** and mounted by mounting each sign on the post of the sign **5**. Further, as shown in FIG. **1**, the signal unit **12** may be positioned on the sign post **7** immediately below the sign **5** so that, in a typically configuration, the light units **30** of the signal unit **12** are approximately the same distance above ground level as a traditional police cruiser. It is appreciated that a lighting array at such a height may receive greater recognition from a vehicle operator who might otherwise be “trained” to slow his or her vehicle when encountering flashing lights at this height.

Referring to FIGS. **1-5**, **8-11**, and as best shown in FIG. **1**, during operation of the flashing beacon **10** the light units **30** of the front face **20** of the signal unit **12** may be illuminated to alert oncoming vehicle traffic that a pedestrian(s) **8** has or is about to enter a crosswalk. Light units **30** on the rear face **22** may also be illuminated concurrently with the light units **30** of



the front face **20** to alert vehicle traffic traveling in the opposing direction. Accordingly, it will be appreciated that where at least one flashing beacon **10** is positioned on each side of a roadway (or, e.g., on at least one side and in a center median), a vehicle will be alerted to the presence of a pedestrian(s) in an approaching crosswalk regardless of the vehicle’s direction of travel. Further, as shown in FIGS. **8** and **11**, the light units **30** on the rear face **22** of the signal unit **12** may be pivotably mounted to the signal unit **12** so that (during setup) each light unit **30** may be precisely aimed at oncoming traffic.

Still referring to FIGS. **1-5**, **8** and **9**, in addition to the light units **30** associated with the front **20** and rear **22** face of the signal unit **12**, the light units **30** of each side face **24**, **25** of the signal unit **12** may be illuminated to alert the pedestrian(s) **8** and/or crossing guard(s) **9** using the flashing beacon **10** that the light units **30** on the front **20** and rear **22** face of the signal unit **12** been activated. As such, by observing the illumination of a light unit **30** on a side face **24**, **25** of a signal unit **12**, a pedestrian **8** or crossing guard **9** on one side of a roadway may easily confirm that the light units **30** on front **20** and rear **22** faces on a signal unit **12** on the opposite side of the roadway have also been activated.

Still referring to FIGS. **1-5**, **8** and **9**, in addition to the light units **30** on the front **20**, rear **22**, and side **24**, **25** faces of a signal unit **12**, each signal unit **12** may also include lighting for illuminating the area proximate base of the post **7**, including at least a portion of a nearby roadway. For example, one or more light units **30** may be positioned on the bottom face **26** of the signal unit **12**. Further, as shown in FIGS. **1-5**, the signal unit **12** may also one or more spotlights **32** (e.g., LED spotlights) that extend from the signal unit **12**. As shown in FIGS. **8** and **9**, the spotlights **32** may be constructed as lighting pods **33** that are mounted to the bottom face **26** of the signal unit **12**. Each lighting pod **33** may include one or more LED lights. The lighting pods **33** may also be mounted to a signal unit **12** so that any light emitting from the pod **33** is projected directly downward or at a predetermined angle relative to the post **7**. Further, as shown in FIGS. **8** and **9**, one or more spotlights **35** may be used to illuminate the face of a sign **5**. Specifically, the spotlights **35** may be positioned on stanchions **39** that extend from the post **7**.

Referring again to FIGS. **1-5**, **8** and **9**, as mentioned above the light units **30**, spotlights **32** and other light units of the flashing beacon **10** may each include one or more light emitting diodes (“LEDs”). For example, LEDs of the type manufactured by Whelan Engineering Inc. may be used in connection with the light units **30** and spotlights **32** of flashing beacon **10**. However, it will be appreciated that other types of lights may also be used with the flashing beacon **10**.

The one or more of the lights of the light units **30** (i.e., the light units **30** on the bottom face **26**) may function to be continuously illuminated during operation of the flashing beacon **10**. However, as mentioned above, the light units **30** of the flashing beacon **10** may also function to flash according to uniform regulations at a rate of 50-60 cycles per minute, at an increased rate of 60-110 cycles per minute, or at any other rate predetermined by the user. The light units **30** may further be arranged such that they flash in a predetermined pattern such as a wavy line or a so-called wig-wag flashing pattern as will be described below.

Referring now to FIG. **5**, the signal unit **12** may also include a programmable audio unit and a voltage meter display **36**. The voltage meter display **36** (which may also be positioned in the control unit **14**) may include an LCD, plasma screen monitor or an arrangement of LEDs positioned on the bottom face **26** of the signal unit **12** that may be in electrical communication with a power supply (i.e., a bat-

tery—not shown) of the control unit **14** (as discussed below) or another battery (not shown) that may be positioned in the signal unit **12**. An audio unit (which may also be incorporated into the activation device **18**) may include audio transmission apparatus that includes at least one speaker **38** and a memory means (e.g., an erasable/programmable memory). The memory means (not shown) may permit an administrator of the flashing beacon **10** to program and/or change an audio message that is broadcast to a user of the beacon **10**.

Referring again to FIGS. **1-5**, **8** and **9**, the control unit **14** of the flashing beacon **10** may include one or more electronic signal receivers (i.e., a radio or wireless receiver) including an antennae **42**, **43**, a power supply (i.e., a battery), and control means (i.e., an erasable programmable memory (not shown)) for use in controlling activation of the light units **30** and spotlights **32** of the signal unit **12**.

In operation, the control unit **14** may be used to selectively activate and deactivate the various lights of the flashing beacon **10**. For example, a school principal, crossing guard **9** (see FIG. **1**), or public safety official may use a remote transmitter to activate, program or otherwise control the activation of the flashing beacon **10** by transmitting an appropriate signal to the signal receiver of the control unit **14**. More specifically, as shown in FIG. **1**, the crossing guard **9** may carry with him or her a personal flash beacon system **45** such as the Personal Defender™ or Crosswalk Defender™ manufactured by Stop Experts, Inc. of Venice, Fla. These personal flash beacon systems may include a radio transmitter that when activated results in the activation of the lights of the flashing beacon **10** and when deactivated results in the deactivation of the lights of the flashing beacon.

Referring now to FIGS. **1-4**, the solar collector **16** may include a panel of one or more solar cells **48**. The panel **16** may be positioned on arm **50** that extends above the sign from the control unit **16**, or that is otherwise mounted to the post **7** of the sign **5**. Further, as shown in FIG. **1**, in those instances where the overhead tree cover may prevent sufficient exposure of the solar collector to direct sunlight, the solar collector **16** may be positioned a predetermined distance away from the flashing beacon **10** and electrically connected to the beacon **10** by means of underground electrical wire and conduit. It will be appreciated that the solar collector **16** may be used as a clean power source for the signal unit **12** and the control **14** of the flashing beacon **10** during daylight hours. It may also be appreciated that the solar collector **16** may communicate with the power supply of the control unit **14** to thereby provide power to the flashing beacon **14** during evening hours.

Referring now to FIGS. **1-4**, **6** and **7**, the activation device **18** may include a pushbutton **52** in electrical, wireless or radio communication with the control unit and/or the signal unit, and one or more placards **54** that may convey additional information concerning operation of the flashing beacon **10**. Pushing the pushbutton **52** may activate that flashing beacon **10**. However, it should also be appreciated that other devices such as a timer, microwave emitter, radio transmitter, step-pad, internal activation means, a timer, a pushbutton, infrared transmitter, wireless transmitter or like device. For example, the activation device may include an infrared sensor **57** that may detect the presence of an individual within a predetermined range (e.g., 5 feet) from the device **18** and respond by activation of the flashing beacon **10**.

Still referring to FIGS. **1-4**, **6** and **7**, one or more displays **55** (e.g., LCD, plasma screen monitor, or LEDs) may also be positioned on the activation device **18** to provide a user with an additional instructional message. For example, as shown in FIG. **7**, the activation device may include a pair of displays **55** that indicate the number of time the flashing beacon has been activated during daylight hours (right side) and after dark (left side). Likewise, as mentioned above, the activation device **18** may include memory means and an associated speaker system capable for providing a user with an audible instructional message.



Referring now to FIGS. **1-3**, the flashing beacon **10** may also include a double-sign unit **56**. As shown in FIG. **2**, the double-sign unit **56** may include a first sign placard **58** and a second sign placard **60** that is movable relative to the first sign placard **58**. Prior to activation of the flashing beacon **10**, the second sign placard **60** may be positioned in front of the first sign placard **58**. However, upon activation of the flashing beacon **10**, the second sign placard **60** may be translated or otherwise shifted to a second position to thereby reveal the first sign placard **58**. Further, the first sign placard may include one or more LEDs **62** to thereby illuminate the first sign placard.

Referring now to FIG. **9**, a light bar **64** that may include one or more light units **30** may be positioned on the signpost **7** below the signal unit **12**. Alternatively, the light bar **64** may be positioned above the signal unit **12** or between the light unit **30** on the front face **20** of the signal unit **12**. In operation, the light bar **64** functions to quickly "flash" any oncoming vehicles. Typically, this flash may about 1½ to 2 seconds after any lights on the front **20**, rear **22**, or side **24**, **25** faces of the signal unit **12** had been activated. The advantage of this "flash" (in addition to the normal illumination of the flashing beacon) is that a vehicle that is already within a predetermined distance from the flashing beacon **10** may not see the flash because, in many instances, the vehicle will have already driven past the beacon **10** given the 2 second delay period. However, vehicles that were beyond the predetermined distance when the flashing beacon **12** was activated will encounter not only the normal illumination of the flashing beacon, but also the secondary "flash" of the light bar **64**. As such, the secondary flash functions as a further reminder to the driver to heed the commands of the associated sign **5**.

In preliminary testing of the flashing beacon disclosed herein, Applicant has achieved significant improvement over the traditional flash beacon systems known in the art.

EXAMPLE 1

A study of percent of vehicle responses to 70 pedestrian crossings comparing a traditional (MUTCD Standard) flashing beacon with dual side mounted lights (top row) against Applicant's flashing beacon with dual flashing overhead lights with a "wig-wag" flashing pattern (bottom row) in the City of St. Petersburg, Fla. at 31st Street north of 54th Avenue South. A wig-wag pattern is described as follows: Where the front face **20** of the signal unit **12** of the flashing beacon **10** being tested included two side-by-side LED lights, each wig-wag cycle including two flashes (adjustable) of one light and, simultaneously, three flashes (adjustable) of the other light. The speed of the left and right flashes is adjusted so that the cycle time for the three flashes for the other light is equal to the cycle time for the two flashes. Each flash beacon tested was set up to function at a rate of 76 wig-wag cycles per 30 seconds (for a total of 190 total flashes).

| BASE | | 7-days | | 30-days | |
|---|---|---|---|---|---|
| N/B-W/B | S/B-E/B | N/B-W/B | S/B-E/B | N/B-W/B | S/B-E/B |
| 0.00% | 4.03% | 3.74% | 2.33% | 19.51% | 7.89% |
| 0.00% | 4.03% | 58.54% | 48.72% | 82.76% | 69.44% |

EXAMPLE 2

A study of percent of vehicle response to 70 pedestrian crossings comparing traditional (MUTCD Standard) flashing beacon with dual side mounted lights (top row) against Applicant's flashing beacon, using a wig-wag pattern, placed in a four-lane divided highway with median (bottom row) in the City of St. Petersburg, Fla. at 4th Street and 18th Avenue South.

| BASE | | 7-days | | 30-days | |
|---|---|---|---|---|---|
| N/B-W/B | S/B-E/B | N/B-W/B | S/B-E/B | N/B-W/B | S/B-E/B |
| 0.00% | 0.00% | 12.24% | 12.09% | 14.50% | 19.51% |
| 0.00% | 4.03% | 58.54% | 48.72% | 82.76% | 69.44% |

Having thus described my invention, various other embodiments will become known to those of skill in the art that do not depart from the spirit of the present invention.

I claim:

**1**. A traffic directing device that provides improved driver compliance, the device comprising:

a first light unit and a second light unit both facing in a same direction;

a sign with a traffic directive facing in the same direction as the light units and placed in proximity with the light units such that, when the sign and light units are placed in proximity to a road and facing oncoming traffic, the traffic directive and light units appear to be all related to one another and are visible to the oncoming traffic; and

a control unit coupled to the first light unit and the second light unit and configured to activate the light units so as to cause the first light unit and the second light units to generate a flash pattern according to a repeating cycle, each cycle including:

a plurality of flashes from the first light unit, and

a plurality of flashes from the second light unit, wherein for each cycle a period between at least two flashes from the first light unit is greater than a period between at least two flashes from the second light unit, and at least one of the first light unit and the second light unit, when activated, flashes at a rate greater than sixty times per minute.

**2**. The device of claim **1**, wherein the traffic directive of the sign includes a crosswalk icon.

**3**. The device of claim **1**, wherein the light units are both bar-shaped.

**4**. The device of claim **1**, wherein the sign and light units are fixed in a location proximate to both a crosswalk and a roadway such that the traffic directive and light units can be seen by oncoming traffic travelling on the roadway while approaching the crosswalk.

**5**. The device of claim **1**, wherein each of the first light unit and the second light unit, when activated, flashes at a rate greater than one-hundred and ten times per minute.

**6**. The device of claim **1**, further comprising a solar collector that provides power to the control unit, the first light unit and the second light unit.

**7**. A traffic directing device that provides improved driver compliance, the device comprising:

a sign with a traffic directive that includes a crosswalk icon;

a first light unit and a second light unit both facing in a same direction as the sign, wherein the sign and light units are fixed in a location proximate to a pedestrian crosswalk and to a roadway such that the sign and light units can be seen by oncoming traffic travelling on the roadway when approaching the crosswalk; and

a control unit coupled to the first light unit and the second light unit and configured to activate the light units so as to cause the first light unit and the second light units to generate a flash pattern according to a repeating cycle, each cycle including a plurality of flashes from the first light unit and a plurality of flashes from the second light unit, wherein

for each cycle, a period between at least two flashes from the first light unit is greater than a period between at least two flashes from the second light unit, and both light units flash at a rate greater than sixty times per minute when activated.

**8**. A method for controlling a traffic directing device that provides improved driver compliance, the device including a sign with a traffic directive, a first light unit and a second light unit both in physical proximity to the sign and both light units facing in a same direction, and a control unit coupled to the first light and the second light, the method comprising:

receiving a command indicating a pedestrian desire to use a crosswalk; and

in response to the command and under control of the control unit, activating the light units so as to cause the first light unit and the second light units to generate a flash pattern according to a repeating cycle, each cycle including:

a plurality of flashes from the first light unit, and

a plurality of flashes from the second light unit,

wherein for each cycle, a period between at least two flashes from the first light unit is greater than a period between at least two flashes from the second light unit, and at least one of the first light unit and the second light unit, when activated, flashes at a rate greater than sixty times per minute.

**9**. The method of claim **4**, further comprising providing power to control unit, the first light unit and the second light unit using a solar panel.

**10**. The method of claim **4**, wherein each of the first light unit and the second light unit, when activated, flashes at a rate greater than one-hundred and ten times per minute.

**11**. The method of claim **4**, wherein the sign is fixed in a location proximate to a crosswalk and roadway such that both the light units and the sign can be seen by oncoming traffic on the roadway as the oncoming traffic approaches the crosswalk.

* * * * *

# EXHIBIT
# G

# 2-5 FLASH PATTERN INFRINGES THE '540 PATENT

| Cumulative time in milliseconds | Left (first) light unit | Duration of time interval in milliseconds | | Right (second) light unit | Duration of time interval in milliseconds |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| 25 | on | 125 | | off | 425 |
| 50 | on | | | off | |
| 75 | on | | | off | |
| 100 | on | | | off | |
| 125 | on | | | off | |
| 150 | off | *75* | | off | |
| 175 | off | | | off | |
| 200 | off | | | off | |
| 225 | on | 125 | | off | |
| 250 | on | | | off | |
| 275 | on | | | off | |
| 300 | on | | | off | |
| 325 | on | | | off | |
| 350 | off | 475 | | off | |
| 375 | off | | | off | |
| 400 | off | | | off | |
| 425 | off | | | off | |
| 450 | off | | | on | **25** |
| 475 | off | | | off | 25 |
| 500 | off | | | on | 25 |
| 525 | off | | | off | 25 |
| 550 | off | | | on | 25 |
| 575 | off | | | off | 25 |
| 600 | off | | | on | 25 |
| 625 | off | | | off | 25 |
| 650 | off | | | on | 200 |
| 675 | off | | | on | |
| 700 | off | | | on | |
| 725 | off | | | on | |
| 750 | off | | | on | |
| 775 | off | | | on | |
| end of cycle 800 | off | | | on | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | a period between at least two flashes from the first light unit | | | | |
| claim: | *is greater than* | | | | |
| | a period between at least two flashes from the second light unit | | | | |
| | | | | | |
| ***One non-limiting example*** | | | | | |
| | | | | | |
| There is a period between at least two flashes from the first light: | | | | | |
| First flash from 0 to 125 milliseconds; | | | | | |
| Second flash from 200 to 325 milliseconds; | | | | | |
| Period between the flashes - from 125 to 200 milliseconds | | | | | |
| Duration of period is 75 milliseconds, shown above in italics | | | | | |
| | | | | | |
| | | | | | |
| There is a period between at least two flashes from the second light: | | | | | |
| First flash from 400 to 425 milliseconds; | | | | | |
| Second flash from 450 to 475 millseconds; | | | | | |
| Period between the flashes from 425 to 450 milliseconds | | | | | |
| Duration of period is 25 milliseconds, shown in bold. | | | | | |
| | | | | | |
| The former is greater than the latter thus meeting the claim language. | | | | | |
| | | | | | |
| A cycle time of 800 milliseconds can be written as 0.8 seconds. | | | | | |
| One minute (60 seconds) divided by 800 milliseconds | | | | | |
| | is written as 60/0.8 | | | | |
| which is 75; therefore, there are 75 cycles per minute | | | | | |
| at least one light flashes at a rate greater than 60 times per minute | | | | | |
| (In fact, each light flashes 4 times per cycle and there are 75 cycles | | | | | |
| so each light flashes 300 times per minute) | | | | | |

# EXHIBIT
# H

# WW + S FLASH PATTERN INFRINGES '540 PATENT

| Cumulative time in milliseconds | Left (first) light unit | Duration of time interval in milliseconds | | Right (second) light unit | Duration of time interval in milliseconds |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| 25 | on | 50 | | off | 100 |
| 50 | on | | | off | |
| 75 | off | 150 | | off | |
| 100 | off | | | off | |
| 125 | off | | | on | 50 |
| 150 | off | | | on | |
| 175 | off | | | off | 150 |
| 200 | off | | | off | |
| 225 | on | 50 | | off | |
| 250 | on | | | off | |
| 275 | off | 150 | | off | |
| 300 | off | | | off | |
| 325 | off | | | on | 50 |
| 350 | off | | | on | |
| 375 | off | | | off | **50** |
| 400 | off | | | off | |
| 425 | on | 50 | | on | 50 |
| 450 | on | | | on | |
| 475 | off | 50 | | off | 50 |
| 500 | off | | | off | |
| 525 | on | 50 | | on | 50 |
| 550 | on | | | on | |
| 575 | off | 250 | | off | 250 |
| 600 | off | | | off | |
| 625 | off | | | off | |
| 650 | off | | | off | |
| 675 | off | | | off | |
| 700 | off | | | off | |
| 725 | off | | | off | |
| 750 | off | | | off | |
| 775 | off | | | off | |
| end of cycle 800 | off | | | off | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | a period between at least two flashes from the first light unit | | | | |
| claim: | *is greater than* | | | | |
| | a period between at least two flashes from the second light unit | | | | |
| | | | | | |
| ***One non-limiting example*** | | | | | |
| | | | | | |
| There is a period between at least two flashes from the first light: | | | | | |
| First flash from 0 to 50 milliseconds; | | | | | |
| Second flash from 200 to 250 milliseconds; | | | | | |
| Period between the flashes from 50 to 200 milliseconds | | | | | |
| Duration of period is 150 milliseconds, shown above in italics | | | | | |
| | | | | | |
| | | | | | |
| There is a period between at least two flashes from the second light: | | | | | |
| First flash from 300 to 350 milliseconds; | | | | | |
| Second flash from 400 to 450 millseconds; | | | | | |
| Period between the flashes -- 350 to 400 milliseconds | | | | | |
| Duration of period is 50 milliseconds, shown in bold. | | | | | |
| | | | | | |
| The former is greater than the latter thus meeting the claim language. | | | | | |
| | | | | | |
| A cycle time of 800 milliseconds can be written as 0.8 seconds. | | | | | |
| One minute (60 seconds) divided by 800 milliseconds | | | | | |
| | is written as 60/0.8 | | | | |
| which is 75; therefore, there are 75 cycles per minute | | | | | |
| at least one light flashes at a rate greater than 60 times per minute | | | | | |
| (In fact, each light flashes 4 times per cycle and there are 75 cycles | | | | | |
| so each light flashes 300 times per minute) | | | | | |